COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| | § | No. 08-23-00007-CV |
| IN RE VERONICA CHAVEZ VARA, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | § | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, Veronica Chavez Vara, has filed a petition for mandamus against the Honorable Guadalupe Rivera, presiding in the 388th District Court of El Paso, County, Texas, seeking to require the court to modify the amount of medical support, specify that Mark Vara pay all child and medical support to the Texas State Disbursement Unit, and grant her costs and expenses as a *pro se* litigant. The petition for writ of mandamus is denied.

Mandamus relief is generally appropriate only to compel the performance of a ministerial duty or when a relator has no adequate appellate remedy for the trial court's clear abuse of discretion. *See In re Auburn Creek Ltd. P'Ship*, 655 S.W.3d 837, 840 (Tex. 2022)(orig. proceeding)(per curiam)(abuse of discretion without adequate appellate remedy); *In re Phillips*, 496 S.W.3d 769, 774 (Tex. 2016)(orig. proceeding)(ministerial duty); *In re UpCurve Energy Partners, LLC*, 632 S.W.3d 254, 256 (Tex.App.—El Paso 2021, orig. proceeding). The burden is

on the relator to show it is entitled to mandamus relief. *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016)(orig. proceeding)(per curiam); *In re UpCurve Energy Partners*, 632 S.W.3d at 256. After reviewing the mandamus petition and record, we conclude that Relator has failed to show that she is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus.

YVONNE T. RODRIGUEZ, Chief Justice

February 8, 2023

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.)(Sitting by Assignment)